| | |
|---|---|
| 1 | Matthew R. Orr, Bar No. 211097 |
| 2 | morr@calljensen.com |
|   | Scott R. Hatch, Bar No. 241563 |
| 3 | shatch@calljensen.com |
|   | CALL & JENSEN |
| 4 | A Professional Corporation |
|   | 610 Newport Center Drive, Suite 700 |
| 5 | Newport Beach, CA  92660 |
|   | Tel:   (949) 717-3000 |
| 6 | Fax:  (949) 717-3100 |
| 7 | |
|   | Attorneys for Defendant Oshkosh B'Gosh, Inc. |
| 8 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GALINA SEEBROOK, individually and on behalf of all others similarly situated, | Case No.  11-cv-00841 EMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 14 DAYS PER LOCAL RULE 6-1(a)** ; ORDER |
| vs. | |
| OSHKOSH B'GOSH, INC., a Delaware corporation, | |
| Defendant. | |

Complaint Filed: February 23, 2011
Trial Date: None Set

Plaintiff Galina Seebrook ("Plaintiff") and Defendant Oshkosh B'Gosh, Inc. ("Defendant") by and through their respective attorneys hereby stipulate and agree as follows:

**RECITALS**

Whereas, on February 23, 2011, Plaintiff filed the Complaint in the above-captioned matter;

1   Whereas, on February 28, 2011, Defendant was served with the Complaint and
2 recently retained Call & Jensen as counsel;

3   Whereas, the parties have agreed to continue the responsive pleading date by
4 fourteen days, so, pursuant to Local Rule 6-1(a) no court order is required;

5   Whereas, concurrence in the filing of this document has been obtained from all
6 signatories hereto;

7   Now, therefore, the parties hereby agree to an extension for Defendant to file a
8 responsive pleading on or before April 4, 2011.

9   **IT IS SO STIPULATED.**

11 Dated: March 21, 2011          HOFFMAN & LAZEAR

13                                By: *s/H. Tim Hoffman*
                                       H. Tim Hoffman

15                                Attorneys for Plaintiff Galina Seebrook

17 Dated: March 21, 2011          CALL & JENSEN
                                  A Professional Corporation
18                                Matthew R. Orr
                                  Scott R. Hatch

20                                By: *s/Scott R. Hatch*
21                                     Scott R. Hatch

22                                Attorneys for Defendant Oshkosh B'Gosh, Inc.

24 IT IS SO ORDERED:

26 _____
   Edward M. Chen
27 U.S. Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]