1  Matthew R. Orr, Bar No. 211097
   morr@calljensen.com
2  Scott R. Hatch, Bar No. 241563
   shatch@calljensen.com
3  CALL & JENSEN
4  A Professional Corporation
   610 Newport Center Drive, Suite 700
5  Newport Beach, CA  92660
   Tel:   (949) 717-3000
6  Fax:  (949) 717-3100
7
   Attorneys for Defendant Oshkosh B'Gosh, Inc.
8

9              **UNITED STATES DISTRICT COURT**
10
               **NORTHERN DISTRICT OF CALIFORNIA**
11

| 12 | GALINA SEEBROOK, individually and on behalf of all others similarly situated, | Case No.  11-cv-00841 EMC |
|---|---|---|
| 13 | | |
| 14 | Plaintiff, | **ORDER ON STIPULATION TO FILE AMENDED COMPLAINT AND ESTABLISH RESPONSIVE PLEADING DEADLINE** |
| 15 | vs. | |
| 16 | OSHKOSH B'GOSH, INC., a Delaware corporation, | |
| 17 | | |
| 18 | Defendant. | |
| 19 | | |
| 20 | | Complaint Filed: February 23, 2011<br>Trial Date:        None Set |

21
22  Based upon the stipulation between the parties and their respective counsel, it is
23  hereby ORDERED that,
24  1.  Plaintiff shall have up to and including April 15, 2011 to amend her
25  Complaint solely to substitute defendant Carter's Retail, Inc. in place of erroneously
26  sued Osh Kosh B'Gosh, Inc.; and
27
28

2.   Carter's Retail, Inc. shall have seven business days (plus additional time, if any, based upon type of service) from the date it is served with the amended complaint to file and serve its responsive pleading to the amended complaint.

**IT IS SO ORDERED.**

Dated: 4/6/11



_____ Chen
_____ United States District Court