| | |
|---|---|
| HOFFMAN & LAZEAR<br>H. TIM HOFFMAN (049141)<br>(hth@hoffmanandlazear.com)<br>ARTHUR W. LAZEAR (083603)<br>(awl@hoffmanandlazear.com)<br>CHAD A. SAUNDERS (257810)<br>(cas@hoffmanandlazear.com)<br>180 Grand Avenue, Suite 1550<br>Oakland, California 94612<br>Telephone:   (510) 763-5700<br>Facsimile:   (510) 835-1311<br><br>Newman Strawbridge, SBN 171360<br>LAW OFFICE OF NEWMAN STRAWBRIDGE<br>719 Orchard Street<br>Santa Rosa, CA  95404<br>Telephone:   (707) 523-3377<br><br>Attorneys for Plaintiff<br>GALINA SEEBROOK | CALL & JENSEN<br>A Professional Corporation<br>Matthew R. Orr, Bar No. 211097<br>morr@calljensen.com<br>Scott R. Hatch, Bar No. 241563<br>shatch@calljensen.com<br>610 Newport Center Drive, Suite 700<br>Newport Beach, CA  92660<br>Tel:    (949) 717-3000<br>Fax:    (949) 717-3100<br><br>Attorneys for Defendant<br>Carter's Retail, Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA SEEBROOK, individually and on behalf of all other similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>CARTER'S RETAIL, INC., a Delaware corporation,<br><br>                    Defendant. | Case No.  3:11-cv-00841-SC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:          Hon. Samuel Conti<br>Courtroom:   1, 17th Floor |

1.

Plaintiff Galina Seebrook and defendant Carter's Retail, Inc., by and through their respective counsel, hereby stipulate and agree that all of Plaintiff's individual claims in the above-captioned action are hereby dismissed *with* prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The claims asserted on behalf of a putative class are dismissed *without* prejudice. The parties agree to bear their own attorneys' fees and costs associated with this action and its dismissal.

Because this stipulation is signed by all parties who have appeared and no class has been certified, no Court order is necessary to effectuate dismissal.

**IT IS SO STIPULATED.**

Dated: March 1, 2012          HOFFMAN & LAZEAR

/s/ Chad A. Saunders
Chad A. Saunders (257810)
Attorneys for Plaintiff
GALINA SEEBROOK

Dated: March 1, 2012          CALL & JENSEN

/s/ Scott R Hatch
Scott R. Hatch (241563)
Attorneys for Defendant
CARTER'S RETAIL, INC.



IT IS SO ORDERED
Judge Samuel Conti

2.

STIPULATION OF DISMISSAL
WITH PREJUDICE
CASE NO. 3:11-CV-00841-SC

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation of Dismissal With Prejudice.

Dated: March 1, 2012                    HOFFMAN & LAZEAR

**/s/ Chad A. Saunders**
Chad A. Saunders (257810)
Attorneys for Plaintiff
Galina Seebrook